## OAKLAND HEIGHTS MOBILE PARK, INC.
### *v.* JAMES SIMON
### (10089)

DALY, NORCOTT and LANDAU, Js.

Argued December 10—decision released December 31, 1991

*Edward E. Moukawsher,* for the appellant (plaintiff).

*James M. Simon,* pro se, the appellee (defendant).

PER CURIAM. The judgment is affirmed.

## SILVERBERG, MARVIN AND SWAIM, P.C. *v.*
### HENRY MALACHOWSKI
### (9709)

DALY, FOTI and HEIMAN, Js.

Argued December 9—decision released December 31, 1991

*Vincent M. Simko,* with whom, on the brief, was *Henry Malachowski,* pro se, for the appellant (defendant).

*David S. Golub,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.